[Civ. No. 8976. First Appellate District, Division One.—December 24, 1934.]

CLARA A. PHILLIPS et al., Appellants, v. L. W. CHAND-LER et al., Respondents.

C. J. Enking and E. V. Knauf for Appellants.

Reay, Scharf & Reay and Gibson, Dunn & Crutcher for Respondents.

THE COURT.— Complaint for injunction. The judgment is affirmed upon authority of *Phillips* v. *Clifford F. Reid, Inc.*, No. 8978, this day decided (*ante*, p. 304 [39 Pac. (2d) 512]).

A petition by appellants to have the cause heard in the Supreme Court, after judgment in the District Court of Appeal, was denied by the Supreme Court on February 21, 1935.